[This opinion has been published in *Ohio Official Reports* at 86 Ohio St.3d 1204.]

CINCINNATI BAR ASSOCIATION *v.* DEARDORFF.

[Cite as *Cincinnati Bar Assn. v. Deardorff*, 1999-Ohio-152.]

(No. 98-377—Submitted and decided June 29, 1999.)

ON APPLICATION FOR REINSTATEMENT.

————————————

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Timothy John Deardorff, Attorney Registration No. 0006308, last known address in Cincinnati, Ohio.

{¶ 2} The court coming now to consider its order of November 25, 1998, wherein the court, pursuant to Gov.Bar R. V(6)(B)(3), suspended respondent for a period of one year with six months stayed, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(10)(A). Therefore,

{¶ 3} IT IS ORDERED by this court that the last six months of respondent's one-year suspension be stayed and, further, that respondent, Timothy John Deardorff, be, and hereby is, reinstated to the practice of law in the state of Ohio.

{¶ 4} IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

{¶ 5} For earlier case, see *Cincinnati Bar Assn. v. Deardorff* (1998), 84 Ohio St.3d 85, 702 N.E.2d 59.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————